McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant United States Attorney
JEAN M. TURK
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINA D. FORD,<br><br>            Plaintiff,<br><br>vs.<br><br>JoANNE B. BARNHART,<br>Commissioner,<br>Social Security,<br><br>            Defendant. | CASE NO. 1:06-cv-00256-SMS<br><br>**STIPULATION AND ORDER TO REDACT PAGES FROM THE ADMINISTRATIVE RECORD** |

The partied to the above-captioned action, by and through their undersigned counsel, and with the permission of the Court, hereby stipulate as follows:

   1)   Pages 268, 269, 270 and 271 of the Certified
        Administrative Record (C.A.R.) consist of documents
        pertaining to an individual other than Plaintiff;

   2)   These records were not part of the evidence upon which
        the findings and decision are based and are not properly
        included in the C.R.A.;

   3)   Pages 268, 269, 270 and 271 shall be removed from the

```
            C.A.R. filed with the court, and in the possession of the
            parties and shall be destroyed;
      4)    The inadvertent inclusion of said pages in the C.A.R. is
            not and will not be a basis for a claimed error.
```

Dated: November 16, 2006     /s/ Laura Krank
                             (As authorized via facsimile)
                             LAURA KRANK
                             Attorney for Plaintiff

DATED: November 16, 2006     McGREGOR W. SCOTT
                             United States Attorney
                             KRISTI C. KAPETAN
                             Assistant United States Attorney
                             Attorneys for Defendant

                         By: /s/ Jean M. Turk
                             JEAN M. TURK
                             Special Assistant U.S. Attorney

_____ ○○○ _____

**ORDER**

IT IS SO ORDERED.

**Dated:   November 21, 2006**         /s/ **Sandra M. Snyder**
icido3                                 UNITED STATES MAGISTRATE JUDGE

2